IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO. 1:06-cr-6 MMP

DALE LEGRANGE BOWDOIN

    Defendant
_____/

## JUDGMENT OF ACQUITTAL

The Defendant was found not guilty as to count one of the indictment.  IT IS ORDERED that the Defendant is acquitted, discharged.

DONE AND ORDERED this 8th day of September, 2006.

                                          s/Maurice M. Paul
                                          MAURICE M. PAUL, SENIOR
                                          UNITED STATES DISTRICT JUDGE